UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
MAR 2 8 2008
S.D. OF N.Y.

PRO SE OFFICE

MINISTER TALIV ALI
MRS. E. DUCOTE ALI
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

08 Civ. 2472 (KMW) ( )

- against -

UNITED STATES
Gov. GEORGE E. PATAKI
Gov. MARIO CUOMO
JUDGE PATRICA WILLIAMS
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

NOTICE OF APPEAL
IN A CIVIL CASE

Notice is hereby given that Mr & Mrs. E. Minister Taliv Ali
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

CAPIAS AD RESPONDENDUM 18 USCA§ 3333
*(describe the judgment)*

Against Sui Generis toward non desideratum of decorum toward Ad Subjiciendum in grante of Ad Satisfaciendum

entered in this action on the **16th** day of **August** , 20 **07** .
*(date)     (month)          (year)*

Mr. & Mrs. Minister Taliv Ali
Signature UPSTATE, CORR. FAC.

P.O.B- 2001. 309 Barehill Rd
Address

MALONE, N.Y. 12953
City, State & Zip Code

DATED: APRIL 3 , 2008

( ) -
Telephone Number

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*