# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____ *5*

---------------------------------------

*A L I*

-v-

*U.S.A.*

---------------------------------------

U.S.C.A. # _____

U.S.D.C. # *08-cv-2472*

JUDGE: *KMW*

DATE: *APRIL 11 2008*

U. S. DISTRICT COURT
FILED
APR 1 1 2008
S. D. OF N.Y.

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): _____ THOMAS R. PISARCZYK _____
FIRM: ___ U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK ___
ADDRESS: _____ 500 PEARL STREET, ROOM 370 _____
_____ NEW YORK, NEW YORK 10007 _____
PHONE NO.: _____ (212) 805 - 0636 _____

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------------------

DOCUMENT DESCRIPTION                                     DOC. #

_____ CLERK'S CERTIFICATE _____     _____

_____ SEE ATTACHED LIST OF NUMBERED DOCUMENTS _____     _____

( X ) Original Record                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the *11th* Day of *APRIL* , 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------  
 A L I

-v-

USA

-------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # _C8-cv· 2472_

JUDGE: ___K,MW__

DATE: _APRIL 11,2008_

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __/__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document  Description

_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _11TH_ Day of _APRIL_ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
          Deputy Clerk

APPEAL, CLOSED, HABEAS, LEAD, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-02472-KMW**
**Internal Use Only**

Ali v. United States of America
Assigned to: Judge Kimba M. Wood
Member case: (View Member Case)
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/11/2008
Date Terminated: 03/11/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Taliv Ali.(laq) (Entered: 03/19/2008) |
| 03/11/2008 | 2 | ORDER OF DISMISSAL, Petitioner is permitted to proceed without payment of fees and the Clerk of Court is directed to assign docket numbers to the four actions (1:08-cv-2472, 1:08-cv-2474, 1:08-cv-2475 & 1:08-cv-2497) which are consolidated solely for the purpose of this order. For the following reasons, the petitions are dismissed. Accordingly, petitioner's application, liberally construed as petitions for writs of habeas corpus under 28 U.S.C.2254, are dismissed. In addition, his claims, liberally construed as brought under 1983, are dismissed pursuant to 28 U.S.C.1915(e)(2)(B)(ii). As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C.2253. The Court certifies pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/11/08) (laq) (Entered: 03/19/2008) |
| 03/11/2008 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/11/08) (laq) (Entered: 03/19/2008) |
| 03/11/2008 | | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 03/19/2008) |
| 03/28/2008 | 4 | NOTICE OF APPEAL from 3 Judgment - Sua Sponte (Petition), 2 Order Dismissing Complaint (I.F.P.). Document filed by Taliv Ali. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 04/11/2008) |
| 03/28/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Taliv Ali. $455.00 APPEAL FEE DUE. IFP REVOKED 3/11/08. (tp) (Entered: 04/11/2008) |
| 04/11/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 04/11/2008) |
| 04/11/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 04/11/2008) |